1132365

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

MICHAEL OSTROWSKI

**WARRANT FOR ARREST**

CASE NUMBER: CR06-36-0

RECEIVED

MAR 0 8 2006

US MARSHALS
RHODE ISLAND

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest MICHAEL OSTROWSKI
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

CONSPIRACY TO COMMIT BANK FRAUD; BANK FRAUD

in violation of Title 18 United States Code, Section(s) 371 & 1344

JEANNINE THEALL
Name of Issuing Officer

DEPUTY CLERK
Title of Issuing Officer

[signature]
Signature of Issuing Officer

March 8, 2006 - PROVIDENCE, RI
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at | | |
| DATE RECEIVED 3/8/06 | NAME AND TITLE OF ARRESTING OFFICER Maurice Cote, Special Agent | SIGNATURE OF ARRESTING OFFICER [signature] |
| DATE OF ARREST 3/9/06 | | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.