**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 06-36-02T** |
| | ) | |
| **MICHAEL OSTROWSKI** | ) | |

---

## MOTION FOR CONTINUANCE OF EMPANELMENT AND TRIAL CALENDAR CALL

Now comes the accused, Michael Ostrowski, by and through his counsel, and moves this Honorable Court to continue the trial of this matter to the Court's June 2006 calendar.

The reason for this request is that defense counsel is investigating the defendant's mental health history and has sent for medical records from various healthcare providers which have not yet been received. These records will bear on the defendant's ability to enter a plea of guilty in this case.

As required by the Pretrial Discovery Order: The time requested under this motion should be deemed excludable under the Speedy Trial Act, 18 USC § 3161(h)(8). The interests of justice in allowing this excludable time outweigh the interests of the public and the defendant in a speedy trial, because only by allowing this excludable time can a disposition short of trial be reached in this matter, and it is in the interests of the public, the Court, the United States, and, potentially, the defendant, to dispose of matters without the necessity for a trial.

Respectfully submitted
Michael Ostrowski
By his attorney,

Edward C. Roy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281

**CERTIFICATION**

I hereby certify that I hand-delivered a copy of this motion to Richard Rose, Assistant United States Attorney, on March 31st 2006.