UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 06-036 T

MICHAEL OSTROWSKI :

ORDER MODIFYING CONDITIONS OF RELEASE

This matter was before the Honorable Court, the Honorable Ernest C. Torres, Senior United States District Judge, presiding. Upon the motion of the Government, the Court ordered the following:

1. The defendant shall not contact the Woodridge United Church of Christ, of Cranston, Rhode Island, nor any member of the Woodridge United Church of Christ.

2. Any violation of this order by the defendant shall be considered a violation of the Order Setting Terms of Release and shall result in the defendant's incarceration and the forfeiture of the surety furnished on behalf of the defendant.

Ernest C. Torres
Senior United States District Judge
Dated: 1/23/07

By: Deputy Clerk