UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 036 T

MICHAEL OSTROWSKI :

MOTION TO ENLARGE TIME FOR REPORTING

NOW comes the defendant, Michael Ostrowski, and moves to enlarge the time for him to report to custody from February 1, 2007 to through and including March 1, 2007. The defendant has many medical issues that must be accommodated in designating him to a federal prison facility. Today, defense counsel spoke to the United States Marshalls Service who confirmed that, as a result of the defendant's medical issues, he will not be designated for at least four weeks. Pursuant to Local Rule Cr. 47(a), a motion to extend time does not require the filing of a separate memorandum.

MICHAEL OSTROWSKI,
By his attorney,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Edward_Roy@fd.org

CERTIFICATION

I hereby certify that I caused a copy of this motion to be served on Richard Rose, AUSA by way of ECF case filing on January 31, 2007.

/s/ Edward C. Roy, Esquire