**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 06-36-02T** |
| | ) | |
| **MICHAEL OSTROWSKI** | ) | |

**MOTION TO RELEASE LIEN ON REAL ESTATE**

NOW COMES the defendant, Michael Ostrowski, and moves that this Honorable Court direct that the real estate lien placed on property located at 105 Seymour Street Warren, Rhode Island and owned by the defendant's wife, Kathleen Cambio, be released. In support of this motion, counsel states that the defendant has reported to Federal Prison as directed.

MICHAEL OSTROWSKI
By his Attorney,

/s/ Edward C. Roy
Assistant Federal Public Defender
OFFICE OF THE FEDERAL PUBLIC DEFENDER
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528-4281 (401) 528-4285 Fax
edward_roy@fd.org

#05402-070CERTIFICATION

I hereby certify that on this 8th day of May 2007, I served notice by electronic case filing upon the Office of the United States Attorney, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.

/s/ Edward C. Roy